**FILED**

06/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0070



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 22-0070

DAVID SNYDERS,

    Plaintiff and Appellant,

v.

PROFESSIONAL PROPERTY
MANAGEMENT,

    Defendant and Appellee,

**GRANT OF EXTENSION**

    Pursuant to authority granted under M. R. App.P. 26(1), Appellee is given an extension of time until July 18, 2022, to prepare, file, and serve the Appellee's brief.

DATED this June 16, 2022

_____
Bowen Greenwood
Clerk of the Supreme Court

FILED

JUN 1 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

c:    David Snyders, Thomas Charles Orr

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705